782 October 30, 2024 No. 781

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JEFFERY ALLEN HAMILTON,
aka Jeffery Allan Hamilton,
*Defendant-Appellant.*

Marion County Circuit Court
20CR17708; A182637

Jennifer K. Gardiner, Judge.

Submitted September 13, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Brett J. Allin, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant. Appellant filed a supplemental brief *pro se*.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Defendant appeals a judgment revoking probation and imposing the sentence that the parties agreed to if probation was revoked. Defendant's appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). Defendant did file a supplemental brief, which we have considered. We affirm.[1]

In March 2022, defendant pleaded guilty to criminal mischief in the second degree, ORS 164.354; two counts of unlawful use of a vehicle, ORS 164.135; and failure to perform the duties of a driver to injured persons, ORS 811.705. Defendant was sentenced to 60 days in jail with credit for time served and 36 months of supervised probation. The parties agreed that if probation was revoked, then defendant would be sentenced to a total of 84 months in prison. In September 2023, after a second probation revocation hearing, defendant admitted that he failed to report as directed, which was a condition of his probation. The trial court revoked probation and sentenced defendant to the stipulated sentence of 84 months in prison.

Having reviewed the record, including the trial court file, the transcript of the hearings, the *Balfour* brief, and defendant's supplemental brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105(9), we have identified no arguably meritorious issues. *See State v. Neill*, 324 Or App 608, 609, 526 P3d 1221, *rev den*, 371 Or 477 (2023) ("because defendant stipulated to the probation revocation sentence, ORS 138.105(9) precludes our review").

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).